IN THE MATTER OF THE ELECTION OF DIRECTORS AND OF CERTAIN OFFICERS OF THE A. A. GRIFFING IRON COMPANY.

Argued March 9, 1899—Decided May 1, 1899.

On error to the Supreme Court. For opinion of the Supreme Court, see *ante p.* 168.

For the plaintiff in error, *James B. Vredenburgh* and *Allan L. McDermott.*

For the defendant in error, *Charles L. Corbin* and *George G. Tennant.*

PER CURIAM.

The judgment in this case is affirmed upon the opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DE-
PUE, DIXON, GARRISON, LIPPINCOTT, VAN SYCKEL, ADAMS,
BOGERT, HENDRICKSON, NIXON, VREDENBURGH.    12.

*For reversal*—None.